RECEIVED
JUL 2 4 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| VERNON JOSEPH | CIVIL ACTION NO.6:12CV0676 |
| VERSUS | JUDGE DOHERTY |
| ERIC J. HOLDER, JR., ET AL. | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for report and recommendation. After an independent review of the record, and no objections having been filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the respondent's Motion to Dismiss, Rec. Doc. [16] is GRANTED and that the petition be DENIED AND DISMISSED WITH PREJUDICE as moot.

Lafayette, Louisiana, this 24 day of July, 2012.

Rebecca F. Doherty
United States District Judge